# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 2:25-cr-20271-SHL |
| KRISTOPHER STEWART, | ) ) | |
| Defendant. | ) | |

### ORDER HOLDING CASE IN ABEYANCE PENDING SUPREME COURT DECISION

Before the Court is Defendant Kristopher Stewart's Motion to Dismiss Indictment, filed January 1, 2026. (ECF No. 41.) On November 13, 2025, a single-count indictment was returned, charging Stewart with a violation of 18 U.S.C. § 922(g)(3), which makes it illegal for an unlawful user of a controlled substance to possess a firearm. (ECF No. 30.) In the Motion, Stewart asserts that § 922(g)(3) is unconstitutional, warranting dismissal of the indictment. (ECF No. 41 at PageID 50.)

In its response, the Government requests that the matter be held in abeyance, explaining that the Supreme Court granted certiorari in United States v. Hemani, 146 S. Ct. 326 (2025), "to review the issues regarding the constitutionality of § 922(g)(3) and whether 'habitual drug abusers' can be categorically disarmed without an individualized showing of dangerousness." (ECF No. 44 at PageID 69.) The Supreme Court is holding oral argument in Hemani on March 2, 2026. (Id. at PageID 70.)

Given that the Supreme Court's ruling in Hemani may resolve Stewart's Motion to Dismiss, the Court will hold in abeyance ruling on the Motion until the Supreme Court issues that ruling. Thus, all settings and deadlines in this matter are stricken. Within fourteen days of

the issuance of the Hemani decision, the Parties shall jointly file a status update that addresses the impact of the decision on the pending motion, as well as the overall charges Stewart faces. The Court will schedule a status conference to be held shortly after the update is submitted.

    **IT IS SO ORDERED,** this 4th day of February, 2026.

                                            s/ Sheryl H. Lipman
                                            SHERYL H. LIPMAN
                                            CHIEF UNITED STATES DISTRICT JUDGE